**Order entered August 31, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00304-CR**

**DESMOND ARMOND JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00479-W**

**ORDER**

Before the court is appellant's August 26, 2020 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 18, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE